# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RANKO MILUTINOVIĆ,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | ACTION NO. 4:17-CV-868 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| **COLORDYNAMICS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 23, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #35) that Plaintiff Ranko Milutinović's ("Plaintiff") Motion for Partial Summary Judgment (Dkt. #19) on Plaintiff's showing of a *prima facie* case of employment discrimination be **DENIED** and Defendant ColorDynamics, Inc.'s ("Defendant") Motion for Summary Judgment (Dkt. #20) be **DENIED**.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Therefore, Plaintiff's Motion for Partial Summary Judgment (Dkt. #19) is **DENIED**. Additionally, Defendant's Motion for Summary Judgment (Dkt. #20) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 13th day of May, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE